**GREGORY G. GORDON, LTD**
Gregory G. Gordon, State Bar No. 5334
ggordonltd@hotmail.com
871 Coronado Center Drive, Suite 200
Henderson, Nevada  89052
Ph:  (702) 363-1072 / Fax:  (702) 363-1084

**McCUNEWRIGHT LLP**
Richard D. McCune, *Pro Hac Vice*
rdm@mccunewright.com
Jae (Eddie) K. Kim, *Pro Hac Vice*
jkk@mccunewright.com
2068 Orange Tree Lane, Suite 216
Redlands, California  92374
Ph:  (909) 557-1250 / Fax:  (909) 557-1275

**THE KICK LAW FIRM, APC**
Taras Kick, *Pro Hac Vice*
taras@kicklawfirm.com
James Strenio, *Pro Hac Vice*
201 Wilshire Boulevard
Santa Monica, California 90401
Ph:  (310) 395-2988 / Fax:  (310) 395-2088

*Attorneys for Plaintiff Tonya Gunter and the Putative Class*

**HOWARD & HOWARD ATTORNEYS, PLLC**
James A. Kohl, Nevada Bar No. 5692
Robert Hernquist, Nevada Bar No. 10616
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
jak@h2law.com
rwh@h2law.com

*Attorneys for Defendant United Federal Credit Union*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TONYA GUNTER, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED FEDERAL CREDIT UNION, DOES 1-5 inclusive and ROE CORPORATIONS 6-10 inclusive,<br>    Defendants. | Case No.:  3:15-cv-00483-MMD-WGC<br><br>Judge Miranda M. Du<br><br>**Stipulation for Extension of Time** |

**Stipulation for Extension of Time**

Plaintiff Tonya Gunter ("Gunter") and defendant United Federal Credit Union ("United") (United and Gunter are collectively referred to as "the Parties") by and through their respective counsel of record, stipulate for the Court to enter an Order amending the Scheduling Order (ECF 43). As the Parties previously informed the Court, this is a complex consumer class action case that requires extensive discovery not only with respect to written discovery, documents production and depositions, but also to the defendant credit union's customer account database, which as a result of several mergers, involves multiple complex software platforms, requiring substantial expert witness involvement. United has gathered approximately 7,700 documents consisting of approximately 450,000 pages that are responsive to the 63 requests for production of documents that Plaintiffs propounded. Discovery on class issues prior to the filing of a motion for class certification has taken longer than expected, and indeed longer than a typical complex credit union overdraft fee case, and therefore, Plaintiff has granted an extension for Defendant to respond to her request for production of documents and special interrogatories from March 31 to May 27, 2016. Because of this additional complexity and the volume of documents with respect to discovery, the parties believe that they need additional time before Plaintiff can prepare a class certification motion. The parties submit the following deadlines:

1. June 16, 2016 at 10:00 a.m. – Telephone status conference with the Court;

2. August 31, 2016 – Deadline to add parties, conduct class certification discovery, and to file a class certification motion;

3. October 14, 2016 – Deadline for Defendant to file an opposition to the class certification motion;

4. November 18, 2016 – Deadline for Plaintiff to file a reply to the opposition to the class certification motion.

If obstacles arise in meeting the above deadlines, then the parties are to discuss those issue with the Court by setting up a status conference call with the Court or raising the issues at the above-mentioned telephone status conference.

Dated: May 26, 2016  **McCUNEWRIGHT, LLP**

By:   /s/ *Jae (Eddie) K. Kim* (with permission)
Richard D. McCune (*Pro Hac Vice*)
Jae (Eddie) K. Kim (*Pro Hac Vice*)

**GREGORY G. GORDON, LTD**
Gregory G. Gordon

**THE KICK LAW FIRM, APC**
Taras Kick
James G. Strenio

*Attorneys for Plaintiff Tonya Gunter and the Putative Class*

Dated: May 26, 2016  **HOWARD & HOWARD ATTORNEYS, PLLC**

By:   /s/ *James A. Kohl*
James A. Kohl
Robert Hernquist

*Attorneys for Defendant United Federal Credit Union*

**IT IS SO ORDERED:**

It is further ordered that the parties shall file a joint status report on or before June 14, 2016.

_____William G. Cobb_____
UNITED STATES MAGISTRATE JUDGE

Dated ___June 1___, 2016.