Gregory G. Gordon, State Bar No. 5334
ggordonltd@hotmail.com
**GREGORY G. GORDON, LTD**
871 Coronado Center Drive, Suite 200
Henderson, Nevada  89052
Ph:  (702) 363-1072 / Fax:  (702) 363-1084

Richard D. McCune, *Pro Hac Vice*
rdm@mccunewright.com
Jae (Eddie) K. Kim, *Pro Hac Vice*
jkk@mccunewright.com
**McCUNE WRIGHT AREVALO LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Ph:  (909) 557-1250 / Fax:  (909) 557-1275

Taras Kick, *Pro Hac Vice*
Taras@kicklawfirm.com
James Strenio, *Pro Hac Vice*
James@kicklawfirm.com
**THE KICK LAW FIRM, APC**
201 Wilshire Boulevard
Santa Monica, California 90401
Ph:  (310) 395-2988 / Fax:  (310) 395-2088

Attorneys for Plaintiff Tonya Gunter and the Putative Class

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TONYA GUNTER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED FEDERAL CREDIT UNION, DOES 1-5 inclusive and ROE CORPORATIONS 6-10 inclusive,<br><br>Defendants. | **Case No.:  3:15-cv-00483-MMD-WGC**<br><br>**JOINT STIPULATION FOR BRIEFING SCHEDULE AND [PROPOSED] ORDER**<br><br>Judge:   Hon. Miranda M. Du |

TO THE HONORABLE COURT:

Plaintiff TONYA GUNTER ("Plaintiff") and Defendant UNITED FEDERAL CREDIT UNION ("Defendant" or "UFCU"), by and through their respective counsel, hereby respectfully inform the Court that while the parties engaged in settlement negotiations during the stay which the Court granted on December 1, 2016, those settlement negotiations have not resulted in a settlement at this time. To preserve the resources of absent class members and the Court, Plaintiff's counsel in large part refrained from working on the pending motions in this case during the interim while settlement negotiations were in progress. Accordingly, the parties request the following briefing schedule: Plaintiff's Reply to the Opposition to Motion for Class Certification and Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment will both be due on April 6, 2017.

Dated: February 21, 2017               McCUNE WRIGHT AREVALO LLP


                                       By:   /s/ Taras Kick
                                             Richard D. McCune (pro hac vice)
                                             Jae (Eddie) K. Kim (pro hac vice)
                                             GREGORY G. GORDON, LTD
                                             Gregory G. Gordon
                                             THE KICK LAW FIRM, APC
                                             Taras Kick (pro hac vice)
                                             Attorneys for Plaintiff TONYA GUNTER
                                             and the Putative Class

Dated: February 21, 2017               HOWARD & HOWARD ATTORNEYS, PLLC


                                       By:   /s/ James A. Kohl
                                             James A. Kohl
                                             Robert Hernquist
                                             Attorneys for Defendant
                                             UNITED FEDERAL CREDIT UNION

IT IS SO ORDERED. No further extension of the briefing schedule will be granted absent extraordinary circumstances.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 21, 2017

---

1
JOINT STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE
Case No.: 3:15-cv-00483-MMD-WGC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

     I hereby certify, on penalty of perjury, that I served the foregoing document, JOINT STIPULATION FOR BRIEFING SCHEDULE AND [PROPOSED] ORDER on all parties to this action by electronically filing it through the Court's CM/ECF filing service, which provided those parties with notice of the filing.

                                                        /s/ Robert Dart
                                                        Robert Dart

PROOF OF SERVICE
Case No.: 3:15-cv-00483-MMD-WGC