**HOWARD & HOWARD ATTORNEYS, PLLC**
James A. Kohl, Nevada Bar No. 5692
Robert Hernquist, Nevada Bar No. 10616
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
jak@h2law.com
rwh@h2law.com

*Attorneys for Defendant United Federal Credit Union*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TONYA GUNTER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED FEDERAL CREDIT UNION, DOES 1-5 inclusive and ROE CORPORATIONS 6-10 inclusive,<br><br>Defendants. | Case No.: 3:15-cv-00483-MMD-WGC<br><br>Judge Miranda M. Du<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME (FIRST REQUEST)** |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S REPORT REGARDING PROPOSED CLASS NOTICE AND NOTICE PLAN [ECF No. 98]**
**(First Request)**

Plaintiff Tonya Gunter ("Gunter") and Defendant United Federal Credit Union ("United") (United and Gunter are collectively referred to as "the Parties") by and through their respective counsel of record, stipulate for the Court to enter an Order extending the time for United to file its Response to Gunter's Report Regarding Proposed Class Notice and Notice Plan [ECF No. 98] from December 15, 2017, to December 29, 2017.

Defendant has advised Plaintiff that it is currently investigating several components of Plaintiff's proposed class notice and notice plan, including with third party vendors, and requires

additional time to prepare its response.  Accordingly, Defendant requests and Plaintiff has agreed that the Court should grant this stipulation and extend the date for filing Defendant's response to ECF No. 98 until December 29, 2017.

Dated:  December 14, 2017

**HOWARD & HOWARD ATTORNEYS, PLLC**

By: /s/ *James A. Kohl*
      James A. Kohl

*Attorneys for Defendant*

Dated:  December 14, 2017

**MCCUNE WRIGHT AREVALO, LLP**
Richard D. McCune, *Pro Hac Vice*
rdm@mccunewright.com
Jae (Eddie) K. Kim, *Pro Hac Vice*
jkk@mccunewright.com
3281 E. Guasti Road, Suite 100
Ontario, California  91761
Ph:  (909) 557-1250 / Fax:  (909) 557-1275

By: /s/ *Richard D. McCune*
      Richard D. McCune

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated  December 20, 2017.