Gregory G. Gordon, State Bar No. 5334
ggordonltd@hotmail.com
**GREGORY G. GORDON, LTD**
871 Coronado Center Drive, Suite 200
Henderson, Nevada 89052
Ph: (702) 363-1072 / Fax: (702) 363-1084

Richard D. McCune, *Pro Hac Vice*
rdm@mccunewright.com
Jae (Eddie) K. Kim, *Pro Hac Vice*
jkk@mccunewright.com
**McCUNE WRIGHT AREVALO LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Ph: (909) 557-1250 / Fax: (909) 557-1275

Taras Kick, *Pro Hac Vice*
Taras@kicklawfirm.com
Robert Dart, Cal. Bar. No. 264060*
Robert@kicklawfirm.com
**THE KICK LAW FIRM, APC**
815 Moraga Drive
Los Angeles, California 90049
Ph: (310) 395-2988 / Fax: (310) 395-2088

*Pro Hac Vice application to be submitted

Attorneys for Plaintiff Tonya Gunter and the Putative Class

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TONYA GUNTER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED FEDERAL CREDIT UNION, DOES 1-5 inclusive and ROE CORPORATIONS 6-10 inclusive,<br><br>Defendants. | **Case No.: 3:15-cv-00483-MMD-WGC**<br><br>**FIRST JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE BRIEF**<br><br>Judge: Hon. Miranda M. Du |

TO THE HONORABLE COURT:

Pursuant to LR 6-1, Plaintiff TONYA GUNTER ("Plaintiff") and Defendant UNITED FEDERAL CREDIT UNION ("Defendant" or "UFCU"), by and through their respective counsel, hereby stipulate for a two-week extension for Plaintiff to file her Opposition to Defendant's Motion for Summary Judgment, which was originally due December 22, 2017. This is the first stipulation for extension of time to file this Opposition. Plaintiff seeks the extension due to scheduling conflicts. The Opposition will instead be due on January 5, 2018. Defendant's Reply, which is currently due on January 5, 2018, will instead be due on January 19, 2018.

IT IS SO STIPULATED:

Dated: December 19, 2017

McCUNE WRIGHT AREVALO LLP

By: */s/ Jae (Eddie) K. Kim*
Richard D. McCune (pro hac vice)
Jae (Eddie) K. Kim (pro hac vice)

GREGORY G. GORDON, LTD
Gregory G. Gordon

THE KICK LAW FIRM, APC
Taras Kick (pro hac vice)

*Attorneys for Plaintiff TONYA GUNTER*
*and the Putative Class*

Dated: December 19, 2017

HOWARD & HOWARD ATTORNEYS, PLLC

By: */s/ Brandon J. Wilson* (authority granted via email)
Brandon J. Wilson
Stephen P. Dunn
James A. Kohl

*Attorneys for Defendant*
*UNITED FEDERAL CREDIT UNION*

IT IS SO ORDERED:

Dated: December 27, 2017

UNITED STATES DISTRICT JUDGE

---

1

FIRST JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE BRIEF
Case No.: 3:15-cv-00483-MMD-WGC

## CERTIFICATE OF SERVICE

I, Richard D. McCune, hereby certify that on December 19, 2017, I caused the foregoing document to be filed using the Court's CM/ECF system. Notice of this filing will be served on all parties of record by operation of the CM/ECF system, and said parties may access the filing through the ECF system.

*/s/ Richard McCune*
Richard D. McCune