**GREGORY G. GORDON, LTD**
Gregory G. Gordon, State Bar No. 5334
ggordonltd@hotmail.com
871 Coronado Center Drive, Suite 200
Henderson, Nevada 89052
Ph: (702) 363-1072

**McCUNE WRIGHT AREVALO LLP**
Richard D. McCune, *Pro Hac Vice*
rdm@mccunewright.com
Jae (Eddie) K. Kim, *Pro Hac Vice*
jkk@mccunewright.com
2068 Orange Tree Lane, Suite 216
Redlands, California 92374
Ph: (909) 557-1250
E-mail: rdm@mccunewright.com

**THE KICK LAW FIRM, APC**
Taras Kick, *Pro Hac Vice*
taras@kicklawfirm.com
James Strenio, *Pro Hac Vice*
201 Wilshire Boulevard
Santa Monica, California 90401
Ph: (310) 395-2988

*Attorneys for Plaintiff Tonya Gunter and the Class*

**HOWARD & HOWARD ATTORNEYS, PLLC**
Brandon J. Wilson, *Pro Hac Vice*
450 West Fourth Street
Royal Oak, Michigan 48067
Ph: (248) 645-1483
E-mail: bjw@h2law.com

James A. Kohl, Nevada Bar No. 5692
Robert Hernquist, Nevada Bar No. 10616
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, Nevada 89169
Ph: (702) 257-1483
E-mail: jak@h2law.com
rwh@h2law.com

*Attorneys for Defendant United Federal Credit Union*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TONYA GUNTER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED FEDERAL CREDIT UNION, DOES 1-5 inclusive and ROE CORPORATIONS 6-10 inclusive,<br><br>Defendants. | Case No.: 3:15-cv-00483-MMD-WGC<br><br>Judge Miranda M. Du<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING EFFECTIVE DATE OF SETTLEMENT AGREEMENT** |

## STIPULATION AND [PROPOSED] ORDER
## AMENDING EFFECTIVE DATE OF SETTLEMENT AGREEMENT

Plaintiff Tonya Gunter ("Gunter") and Defendant United Federal Credit Union ("United") (United and Gunter are collectively referred to as "the Parties") by and through their respective counsel of record, stipulate for the Court to enter an Order amending the Effective Date of the Parties' Settlement Agreement.

On February 5, 2019, the Parties' entered into a Settlement Agreement and Release to resolve the claims in this case. *See* ECF No. 134-6. In case of an objection (an objection was filed but overruled), the Settlement Agreement defines the "Effective Date" as that date which is, "***ninety (90) days*** after entry of the Final Approval Order, if no appeals are taken from the Final Approval Order; or (2) if appeals are taken from the Final Approval Order, then thirty (30) days after an Appellate Court ruling affirming the Final Approval Order; or (3) Thirty (30) days after entry of a dismissal of the appeal." *Id*. at p. 3. (emphasis added).

On June 4, 2019, the Court entered an Order Granting Final Approval of Class Action Settlement. ECF No. 148]. Pursuant to the Settlement Agreement, Defendant is required to make payments to Class Members within ten (10) days of the Effective Date, *i.e.* on or before September 12, 2019. Defendant desires to make payment to Class Members prior to September 12, 2019, The effect of this amendment is that Class Members will receive the settlement funds already approved by this Court sixty days sooner, which is beneficial to Class Members.

Therefore, the Parties stipulate and agree to amend the definition of the term "Effective Date" as used in the Settlement Agreement as the later of, "***thirty (30) days*** after entry of the Final Approval Order, in accordance with Section 8(d)(iv), if no appeals are taken from the Final Approval Order; or (2) if appeals are taken from the Final Approval Order, then thirty (30) days after an Appellate Court ruling affirming the Final Approval Order; or (3) Thirty (30) days after entry of a dismissal of the appeal." All other provisions of the Settlement Agreement shall remain unchanged.

Agreed:

Dated: June 11, 2019

| **McCune Wright Arevalo, LLP** | **HOWARD & HOWARD ATTORNEYS, PLLC** |
|---|---|
| By: /s/ *Richard D. McCune* | By: /s/ *Brandon J. Wilson* |
| Richard D. McCune | Brandon J. Wilson |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Reno, Nevada, June 11, 2019

IT IS SO ORDERED:

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE